**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6191**

DENNIS JAMES BROWN,

            Plaintiff - Appellant,

      v.

LT. A. BANKS; DR. INDER JEET SINGH GUJRAL, Independent Contractor Doctor Hired by D.O.C.,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:15-cv-00747-HEH-RCY)

Submitted: July 14, 2017                                   Decided: July 24, 2017

Before TRAXLER, SHEDD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dennis James Brown, Appellant Pro Se. Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Ramon Rodriguez, III, RAWLS, MCNELIS & MITCHELL, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis James Brown appeals the district court's orders granting summary judgment to the Defendants and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny the pending motion and affirm for the reasons stated by the district court. *See Brown v. Banks*, No. 3:15-cv-00747-HEH-RCY (E.D. Va. Jan. 31, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*